UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO HERRERA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNKNOWN, et al.,<br><br>　　　　Defendants. | No. 2:21-cv-01170-TLN-EFB<br><br>**ORDER** |

　　　Plaintiff Roberto Herrera ("Plaintiff"), a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On November 30, 2021, the Court denied Plaintiff's application for leave to proceed in forma pauperis because plaintiff is a three-strikes litigant within the meaning of 28 U.S.C. § 1915(g) and granted plaintiff fourteen days within which to pay the $402 filing fee for this action. (ECF No. 10). Plaintiff was warned that failure to pay the filing fee within fourteen days would result in the dismissal of this action. *Id.* Plaintiff has not paid the fee.

　　　Accordingly, IT IS ORDERED that this action is DISMISSED.

DATED: January 24, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge